# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FIREARMS POLICY COALITION, INC. and DANIEL FRANCISCO, <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW PLATKIN, Attorney General of New Jersey, and PATRICK CALLAHAN, Superintendent of the New Jersey State Police, <br><br> Defendants. | Civil Action No. <br><br> **FRCP 7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF FIREARMS POLICY COALITION, INC.** |

Plaintiff FIREARMS POLICY COALITION, INC., by and through its undersigned counsel, hereby discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parent company and no stock, and thus that no publicly traded company owns or could own 10% or more shares.

WHITEFORD, TAYLOR & PRESTON LLC

*/s/ Bradley P. Lehman*
600 North King Street, Suite 300
Wilmington, Delaware 19801
(302) 295-5674
blehman@whitefordlaw.com
