| AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|

| SERVICE OF: | SUMMONS AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, PRAYER FOR RELIEF, CIVIL COVER SHEET, FRCP 7.1 CORPORATE DISCLOSURE STATEMENT |
|---|---|
| EFFECTED (1) BY ME: | JANE NUNN |
| TITLE: | PROCESS SERVER |
| | DATE: 10/20/2025 1:32:27 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

PATRICK CALLAHAN

Place where served:

NEW JERSEY STATE POLICE   WEST TRENTON  NJ  08628

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

KEVIN CARNALL

Relationship to defendant   **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: M   AGE: 36-50   HEIGHT: OVER 6'   WEIGHT: OVER 200 LBS.   SKIN: WHITE   HAIR: BALD   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____    SERVICES $ _____.____    TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Served Data:
Subscribed and Sworn to me this

20th day of October, 2025

Notary Signature _____

Rosemary Ramos            September 25th, 2028
Name of Notary            My Commission Expires

I, JANE NUNN,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____   10/20/2025
Signature of Process Server        Date

ATTORNEY:    BRADLEY P. LEHMAN, ESQ.
PLAINTIFF:   FIREARMS POLICY COALITION, INC., ET AL
DEFENDANT:   MATTHEW PLATKIN, ATTORNEY GENERAL OF NEW JERSEY, ET AL
VENUE:       DISTRICT
DOCKET:      3 25 CV 13522 RK JTQ
COMMENT: