| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF:<br>EFFECTED (1) BY ME:<br>TITLE: | ELECTRONIC SUBMISSION, SUMMONS AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, PRAYER FOR RELIEF, CIVIL COVER SHEET, FRCP 7.1 CORPORATE DISCLOSURE STATEMENT<br>**AGNES WRIGHT**<br>PROCESS SERVER<br>DATE: 10/20/2025 3:18:00 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

MATTHEW PLATKIN

Place where served:

OFFICE OF THE ATTORNEY GENERAL OF NEW JERSEY  25 MARKET STREET  TRENTON  NJ  08611

[ ] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant _____

Description of Person Accepting Service:

SEX:____ AGE:_____ HEIGHT:_____ WEIGHT:_____ SKIN:_____ HAIR:_____ OTHER:_____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL$ _____.____    SERVICES $_____.____    TOTAL $_____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 10/20/2025                            _____ L.S.
                                            SIGNATURE OF AGNES WRIGHT
                                            GUARANTEED SUBPOENA SERVICE, INC.
                                            2009 MORRIS AVENUE
                                            UNION, NJ 07083

[Notary seal: ROSEMARY RAMOS, Notary Public, New Jersey, My Commission Expires September 25, 2028]

ATTORNEY:    BRADLEY P. LEHMAN, ESQ.
PLAINTIFF:   FIREARMS POLICY COALITION, INC., ET AL
DEFENDANT:   MATTHEW PLATKIN, ATTORNEY GENERAL OF NEW JERSEY, ET AL
VENUE:       DISTRICT
DOCKET:      3 25 CV 13522 RK JTQ
COMMENT:     DOCUMENTS EMAILED TO THE ATTORNEY GENERAL