AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

| | |
|---|---|
| Firearms Policy Coalition, Inc. et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:25-cv-13522 |
| Matthew Platkin et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Matthew Platkin and Patrick Callahan   .

Date:  11/05/2025

/s/ Andrew H. Yang
*Attorney's signature*

Andrew Hweyoung Yang
*Printed name and bar number*
New Jersey Office of the Attorney General
Division of Law
124 Halsey Street, P.O. Box 45029
Newark, New Jersey 07101
*Address*

Andrew.Yang@law.njoag.gov
*E-mail address*

(973) 648-2689
*Telephone number*

*FAX number*