MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
Division of Law
124 Halsey Street, P.O. Box 45029
Newark, New Jersey 07101
*Attorneys for Defendants Matthew Platkin and Patrick Callahan*

By:   Andrew H. Yang (066382013)
      *Deputy Attorney General*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FIREARMS POLICY COALITION, INC. *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MATTHEW PLATKIN *et al.*,<br><br>*Defendants*. | Hon. Robert Kirsch, U.S.D.J.<br>Hon. Justin T. Quinn, U.S.M.J.<br><br>Docket No. 3:25-cv-13522<br><br>Civil Action<br><br>**APPLICATION PURSUANT TO LOCAL CIVIL RULE 6.1(b) FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND** |

Pursuant to Local Civil Rule 6.1(b), application is hereby made for a Clerk's Order extending time within which Defendants Matthew Platkin and Patrick Callahan may answer, move, or otherwise respond to Plaintiffs' Complaint; it is represented that:

1. No prior extension has been obtained by Defendants.

2. Defendants were served on October 20, 2025.

3. The original deadline for this Defendant to answer, move, or otherwise respond is November 10, 2025.

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:   /s/ *Andrew H. Yang*
      Andrew Hweyoung Yang
      *Deputy Attorney General*
      Andrew.Yang@law.njoag.gov

Dated:   November 5, 2025
         Newark, New Jersey

*          *          *

It is hereby **ORDERED** that the above application for an extension of time within which these Defendants shall answer, move, or otherwise respond to Plaintiffs' Complaint is **GRANTED** and extended to November 24, 2025.

MELISSA E. RHOADS, CLERK

By:   _____
      *Deputy Clerk*

Dated: