MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
Division of Law
124 Halsey Street, P.O. Box 45029
Newark, New Jersey 07101
*Attorneys for Defendants Matthew Platkin and Patrick Callahan*

By:   Andrew H. Yang (066382013)
      *Deputy Attorney General*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FIREARMS POLICY COALITION, INC. *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MATTHEW PLATKIN *et al.*, <br><br> *Defendants*. | Hon. Robert Kirsch, U.S.D.J. <br> Hon. Justin T. Quinn, U.S.M.J. <br><br> Docket No. 3:25-cv-13522 <br><br> Civil Action <br><br> **APPLICATION PURSUANT TO LOCAL CIVIL RULE 6.1(b) FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND** |

Pursuant to Local Civil Rule 6.1(b), application is hereby made for a Clerk's Order extending time within which Defendants Matthew Platkin and Patrick Callahan may answer, move, or otherwise respond to Plaintiffs' Amended Complaint filed November 10, 2025; it is represented that:

1. No prior extension to respond to the Amended Complaint has been obtained by Defendants.

2. Defendants were served with the initial Complaint on October 20, 2025.

3. The original deadline for Defendants to answer, move, or otherwise respond is November 24, 2025.

        Respectfully submitted,

        MATTHEW J. PLATKIN
        ATTORNEY GENERAL OF NEW JERSEY

By:   /s/ *Andrew H. Yang*
      Andrew Hweyoung Yang
      *Deputy Attorney General*
      Andrew.Yang@law.njoag.gov

Dated:   November 12, 2025
           Newark, New Jersey

        *               *              *

It is hereby **ORDERED** that the above application for an extension of time within which these Defendants shall answer, move, or otherwise respond to Plaintiffs' Complaint is **GRANTED** and extended to December 8, 2025.

        MELISSA E. RHOADS, CLERK

        By:  _____
                *Deputy Clerk*

Dated: