AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| Firearms Policy Coalition, Inc. et al.<br>*Plaintiff*<br>v.<br>Matthew Platkin et al.<br>*Defendant* | )<br>)<br>) Case No. 3:25-cv-13522<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Matthew Platkin; Patrick Callahan.

Date: 12/08/2025

/s/ Giancarlo G. Piccinini
*Attorney's signature*

Giancarlo Genaro Piccinini (414322022)
*Printed name and bar number*
New Jersey Office of the Attorney General
Division of Law
124 Halsey Street, P.O. Box 45029
Newark, New Jersey 07101
*Address*

Giancarlo.Piccinini@law.njoag.gov
*E-mail address*

(609) 696-5283
*Telephone number*

*FAX number*