UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FIREARMS POLICY COALITION, INC. *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MATTHEW PLATKIN *et al.*,<br><br>*Defendants*. | Hon. Robert Kirsch, U.S.D.J.<br>Hon. Justin T. Quinn, U.S.M.J.<br><br>Docket No. 3:25-cv-13522<br><br><u>Civil Action</u><br><br>**SUBSTITUTION OF ATTORNEY** |

**PLEASE TAKE NOTICE** that Deputy Attorney General Giancarlo Genaro Piccinini is departing the New Jersey Office of the Attorney General effective January 30, 2026, and that, as a result, consistent with L. Civ. R. 102.1, the undersigned hereby consent to the substitution of Deputy Attorney General Joshua Paul Bohn (164922015) as attorney for Defendants Matthew Platkin and Patrick Callahan in the above-captioned matter.

MATTHEW J. PLATKINMATTHEW J. PLATKIN
Attorney General of New JerseyAttorney General of New Jersey

By:*/s/ Giancarlo G. Piccinini*By:*/s/ Joshua P. Bohn*
GIANCARLO G. PICCININIJOSHUA P. BOHN
Deputy Attorney GeneralDeputy Attorney General
Withdrawing AttorneySuperseding Attorney


Dated:January 16, 2026
Trenton, N.J.