# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FIREARMS POLICY COALITION, INC., LUIGI DECECCO, RICHARD FORD, DANIEL FRANCISCO, ERIC LOWMASTER, JAMES SHOCKLEY, HIGH CALIBER ORDINANCE LLC, and LOUIE G'S OUTDOORS,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW PLATKIN, Attorney General of New Jersey, and PATRICK CALLAHAN, Superintendent of the New Jersey State Police,<br><br>Defendants. | Civil Action No. 3:25-cv-13522 |

## PLAINTIFFS' PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

THIS MATTER having been opened to the Court upon the application of Bradley P. Lehman, attorney for Plaintiffs, for an Order for summary judgment; and the Court having reviewed the moving papers, and any opposition thereto, and for good cause having been shown;

IT IS on this _____ day of _____, 2026 ORDERED that the Plaintiffs' Motion for Summary Judgment is hereby GRANTED. IT IS WHEREFORE FURTHER ORDERED THAT:

1. The enforcement of New Jersey's SBR Ban as codified by N.J. Stat. Ann. § 2C:39-3(b), N.J. Stat. Ann. § 2C:39-1(*o*), N.J. Stat. Ann. § 2C:43-6(a)(3), N.J. Stat. Ann. § 2C:39-9(b), N.J. Stat. Ann. § 2C:39-1(w), N.J. Stat. Ann. § 2C:39-5(f), N.J. Stat. Ann. § 2C:39-9, N.J. Stat. Ann. § 2C:58-3, N.J. Stat. Ann. § 2C:58-5, and N.J. Stat. Ann. § 2C:39-9(g) violates the right to keep and bear arms protected under the Second and Fourteenth Amendments to the United States Constitution.

2. Defendants are permanently enjoined from enforcing the following laws insofar as they pertain to short-barreled rifles. Defendants, their officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with the foregoing are permanently enjoined from enforcing the following provisions of law, and the following provisions of law are declared unconstitutional, void, and shall be of no force and effect:

   a. N.J. Stat. Ann. § 2C:39-1(*o*)
   b. N.J. Stat. Ann. § 2C:39-1(w)
   c. N.J. Stat. Ann. § 2C:39-3(b)
   d. N.J. Stat. Ann. § 2C:39-5(f)
   e. N.J. Stat. Ann. § 2C:39-9
   f. N.J. Stat. Ann. § 2C:43-6(a)(3)
   g. N.J. Stat. Ann. § 2C:58-3
   h. N.J. Stat. Ann. § 2C:58-5

3

      3.      Defendants shall pay the Plaintiffs an award of costs, including reasonable attorney fees and costs, pursuant to 42 U.S.C. § 1988, in an amount to be determined by further proceedings.

                                                  _____
                                                  HON. ROBERT KIRSCH, U.S.D.J.