AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| Firearms Policy Coalition, Inc., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:25-cv-13522 |
| Jennifer Davenport et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jennifer Davenport; Jeanne Hengemuhle                                                                     .

Date:     02/26/2026                                    /s/ David E. Leit
                                                              *Attorney's signature*

                                                              David E. Leit (024351995)
                                                              *Printed name and bar number*
                                                              New Jersey Office of the Attorney General
                                                              Division of Law
                                                              124 Halsey Street, P.O. Box 45029
                                                              Newark, New Jersey 07101
                                                              *Address*

                                                              David.Leit@law.njoag.gov
                                                              *E-mail address*

                                                              (609) 696-5276
                                                              *Telephone number*

                                                              *FAX number*