# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| FIREARMS POLICY COALITION, INC., LUIGI DECECCO, RICHARD FORD, DANIEL FRANCISCO, ERIC LOWMASTER, JAMES SHOCKLEY, HIGH CALIBER ORDINANCE LLC, and LOUIE G'S OUTDOORS, | ) ) ) ) ) ) ) | Civil Action No. 3:25-cv-13522 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| JENNIFER DAVENPORT, Attorney General of New Jersey, and JEANNE HENGEMUHLE, Acting Superintendent of the New Jersey State Police, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## PLAINTIFFS' NOTICE OF
## PLAINTIFFS' AMENDED MOTION FOR SUMMARY JUDGMENT

Bradley P. Lehman (No. 129762014)
WHITEFORD, TAYLOR & PRESTON LLC
600 North King Street, Suite 300
Wilmington, Delaware 19801
(302) 295-5674
blehman@whitefordlaw.com

OF COUNSEL:
Chad Flores
Flores Law PLLC
917 Franklin, Suite 600
Houston, Texas 77002
(713) 364-6640
*Pro hac vice* application forthcoming

*Counsel for Plaintiffs*

## Notice of Motion

Please take notice that, on April 20, 2026, or as soon thereafter as counsel may be heard, the undersigned, Bradley P. Lehman, appearing on behalf of the Plaintiffs, shall move before this Court for an order granting Plaintiffs a final summary judgment in their favor under Federal Rule of Civil Procedure 56.

Please take further notice that the undersigned shall rely upon the attached Brief in support of the Motion.  A proposed Order is enclosed.

Please take further notice that the undersigned respectfully requests that the Court rule upon the moving papers submitted, without requiring the appearance of counsel, pursuant to Federal Rule of Civil Procedure 78(b).


Dated: March 17, 2026

Respectfully submitted,

**WHITEFORD, TAYLOR & PRESTON LLC**

*/s/ Bradley P. Lehman*
600 North King Street, Suite 300
Wilmington, Delaware 19801
(302) 295-5674
blehman@whitefordlaw.com

OF COUNSEL:
Chad Flores
Flores Law PLLC
917 Franklin, Suite 600
Houston, Texas 77002
(713) 364-6640
*Pro hac vice* application forthcoming

2

*Counsel for Plaintiffs*
**Certificate of Service**

I certify that on March 17, 2026, I electronically filed the foregoing with the Clerk of the United States District Court for the District of New Jersey. Counsel for all parties are registered CM/ECF users and will be served via CM/ECF.

Dated: March 17, 2026                 */s/ Bradley P. Lehman*