# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FIREARMS POLICY COALITION, INC., LUIGI DECECCO, RICHARD FORD, DANIEL FRANCISCO, ERIC LOWMASTER, JAMES SHOCKLEY, HIGH CALIBER ORDINANCE LLC, and LOUIE G'S OUTDOORS,<br><br>       Plaintiffs,<br><br>v.<br><br>JENNIFER DAVENPORT, Attorney General of New Jersey, and JEANNE HENGEMUHLE, Acting Superintendent of the New Jersey State Police,<br><br>       Defendants. | Civil Action No. 3:25-cv-13522 |

## PLAINTIFFS' PROPOSED ORDER GRANTING
## PLAINTIFFS' AMENDED MOTION FOR SUMMARY JUDGMENT

Bradley P. Lehman (No. 129762014)
WHITEFORD, TAYLOR & PRESTON LLC
600 North King Street, Suite 300
Wilmington, Delaware 19801
(302) 295-5674
blehman@whitefordlaw.com

OF COUNSEL:
Chad Flores
Flores Law PLLC
917 Franklin, Suite 600
Houston, Texas 77002
(713) 364-6640
*Pro hac vice* application forthcoming

*Counsel for Plaintiffs*

**Proposed Order**

THIS MATTER having been opened to the Court upon the application of Bradley P. Lehman, attorney for Plaintiffs, for an Order for summary judgment; and the Court having reviewed the moving papers, and any opposition thereto, and for good cause having been shown;

IT IS on this _____ day of _____, 2026 ORDERED that the Plaintiffs' Amended Motion for Summary Judgment is hereby GRANTED. IT IS THEREFORE FURTHER ORDERED THAT:

1. The enforcement of New Jersey's SBR Ban as codified by N.J. Stat. Ann. § 2C:39-3(b), N.J. Stat. Ann. § 2C:39-1(*o*), N.J. Stat. Ann. § 2C:43-6(a)(3), N.J. Stat. Ann. § 2C:39-9(b), N.J. Stat. Ann. § 2C:39-1(w), N.J. Stat. Ann. § 2C:39-5(f), N.J. Stat. Ann. § 2C:39-9, N.J. Stat. Ann. § 2C:58-3, N.J. Stat. Ann. § 2C:58-5, and N.J. Stat. Ann. § 2C:39-9(g) violates the right to keep and bear arms protected under the Second and Fourteenth Amendments to the United States Constitution.

2. Defendants are permanently enjoined from enforcing the following laws insofar as they pertain to short-barreled rifles. Defendants, their officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with the foregoing are permanently enjoined from enforcing the following provisions of law, and the following provisions of law are declared unconstitutional, void, and shall be of no force and effect:

2

   a.  N.J. Stat. Ann. § 2C:39-1(*o*)

   b.  N.J. Stat. Ann. § 2C:39-1(w)

   c.  N.J. Stat. Ann. § 2C:39-3(b)

   d.  N.J. Stat. Ann. § 2C:39-5(f)

   e.  N.J. Stat. Ann. § 2C:39-9

   f.  N.J. Stat. Ann. § 2C:43-6(a)(3)

   g.  N.J. Stat. Ann. § 2C:58-3

   h.  N.J. Stat. Ann. § 2C:58-5

3.    Defendants shall pay the Plaintiffs an award of costs, including reasonable attorney fees and costs, pursuant to 42 U.S.C. § 1988, in an amount to be determined by further proceedings.

_____

HON. ROBERT KIRSCH, U.S.D.J.

Dated: March 17, 2026   Respectfully submitted,

        WHITEFORD, TAYLOR & PRESTON LLC

        */s/ Bradley P. Lehman*
        600 North King Street, Suite 300
        Wilmington, Delaware 19801
        (302) 295-5674
        blehman@whitefordlaw.com

OF COUNSEL:

Chad Flores
Flores Law PLLC
917 Franklin, Suite 600
Houston, Texas 77002
(713) 364-6640

*\*Pro hac vice* application forthcoming

      *Counsel for Plaintiffs*

4

**Certificate of Service**

I certify that on March 17, 2026, I electronically filed the foregoing with the Clerk of the United States District Court for the District of New Jersey. Counsel for all parties are registered CM/ECF users and will be served via CM/ECF.

Dated: March 17, 2026                     */s/ Bradley P. Lehman*

5