AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of New Jersey

| | | |
|---|---|---|
| Firearms Policy Coalition, Inc. et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:25-cv-13522 |
| Jennifer Davenport, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jennifer Davenport and Jeanne Hengemuhle                                          .

Date:    03/25/2026

/s/ Jonathan B. Mangel
*Attorney's signature*

Jonathan B. Mangel (NJ Bar ID: 281382018)
*Printed name and bar number*

124 Halsey Street, 5th Floor
Newark, NJ 07101

*Address*

jonathan.mangel@law.njoag.gov
*E-mail address*

(609) 696-5366
*Telephone number*

(973) 648-4887
*FAX number*