

*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY

| MIKIE SHERRILL | DIVISION OF LAW | JENNIFER DAVENPORT |
| *Governor* | 25 MARKET STREET | *Attorney General* |
| | PO BOX 112 | |
| DR. DALE G. CALDWELL | TRENTON, NJ 08625 | MICHAEL C. WALTERS |
| *Lt. Governor* | | *Director* |

March 26, 2026

VIA ELECTRONIC COURT FILING

Honorable Robert Kirsch
Clarkson S. Fisher United States Courthouse
402 East State Street
Trenton, NJ 08608

Re:   *Firearms Policy Coalition v. Jennifer Davenport & Jeanne Hengemuhle*, No. 25-13522

Dear Judge Kirsch,

We write on behalf of Defendants in response to Plaintiffs' March 23, 2026 letter (ECF 20) regarding Plaintiffs' Amended Motion for Summary Judgment (ECF 19), filed on March 17, 2026

Your Honor's February 26, 2026 order (ECF 16) suspended "Defendants' obligations to file an opposition to Plaintiff's Motion for Summary Judgment until further order of the Court." Given that Plaintiffs agree that ECF 19 is merely an amended version of that same motion, and given that the amended motion is identical to the previous Motion for Summary Judgment filed on February 18, 2026 (ECF 13) (save for changes to the captioning and the inclusion of the previously missing Rule 56.1 statement), we presume Your Honor's order remains in effect. As to any other scheduling issues involving discovery, we look forward to discussing these with Plaintiffs and Magistrate Judge Quinn at the scheduling conference on March 31.

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By:   /s/ Joshua P. Bohn
Joshua P. Bohn

OFFICE OF THE NEW JERSEY ATTORNEY GENERAL
25 Market Street
Trenton, N.J. 08625
Tel: (609) 696-5366





Email: Joshua.Bohn@law.njoag.com

*Counsel for Defendants Jennifer Davenport, in her official capacity as Attorney General of New Jersey, and Lt. Col. Jeanne Hengemuhle, in her official capacity as Acting Superintendent of the New Jersey State Police*