**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

FIREARMS POLICY COALITION, INC.     :
et al.,                             :     Civil Action No. 25-13522 (RK)(JTQ)
                                    :
          Plaintiffs,               :
                                    :         ORDER DENYING APPLICATION
     v.                             :         FOR ADMISSION *PRO HAC VICE*
                                    :
JENNIFER DAVENPORT, et al.,         :
                                    :
          Defendants.               :
                                    :

This matter has been brought before the Court on motion for an Order allowing Chad Flores, Esq., to appear and participate pro hac vice. The Court has reviewed the moving papers, with no opposition having been filed, and considers this matter without oral argument pursuant to L. Civ. R. 78.1(b). The Court finds this application deficient under L. Civ. R. 101.1(c)(1) for failure to certify as to the pendency of any disciplinary proceedings and any previously imposed discipline against Chad Flores, Esq. in any jurisdiction. Consequently,

IT IS on this 7th day of April 2026,

ORDERED that the motion [ECF No. 21] is denied without prejudice; and it is further

ORDERED that the Clerk is to terminate ECF No. 21.

 *s/ Justin T. Quinn*
**Hon. Justin T. Quinn, U.S.M.J.**