

**MIKIE SHERRILL**
*Governor*

**DR. DALE G. CALDWELL**
*Lt. Governor*

*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
PO Box 45029
Newark, NJ 07101

**JENNIFER DAVENPORT**
*Attorney General*

**MICHAEL C. WALTERS**
Director

June 11, 2026

**<u>VIA CM/ECF</u>**
Hon. Justin T. Quinn, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:    *Firearms Policy Coalition, et al. v. Davenport, et al.,* (Docket No. 3:25-cv-13522-RK-JTQ)

Dear Judge Quinn:

This Office represents Defendants, Jennifer Davenport, Attorney General of the State of New Jersey, and Lt. Colonel Jeanne Hengemuhle, Acting Superintendent of the New Jersey State Police, in the above-referenced matter.

Consistent with Your Honor's Text Order entered on March 31, 2026, *see* ECF No. 26, the Parties respectfully submit this joint status letter in anticipation of the upcoming status conference scheduled for June 15, 2026, at 11:00 a.m.

Per agreement of the parties, initial responses to first sets of discovery requests submitted by both sides are currently due by June 13, 2026. Defendants have requested an additional extension of this deadline for both parties to produce their initial responses and objections, and Plaintiffs have consented to an extension to Friday, July 10, with an accompanying extension of the end of fact discovery to August 7, 2026.





Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By:    */s/ Jonathan B. Mangel*
       Jonathan B. Mangel
       Deputy Attorney General
       *Attorney for Defendants*

WHITEFORD, TAYLOR & PRESTON, LLP

By:    */s/ Bradley P. Lehman*
       Bradley P. Lehman, Esq.
       *Attorney for Plaintiffs*

