**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FIREARMS POLICY COALITION, INC. et al., | C.A. No. 25-13522-RK-JTQ |
| Plaintiffs, | |
| v. | |
| JENNIFER DAVENPORT, et al., | |
| Defendants. | |

## MOTION FOR ADMISSION PRO HAC VICE

I, Bradley P. Lehman, am an Attorney at Law licensed to practice in the State of New Jersey, a member in good standing of the Bar of this Court, and counsel of record for the Plaintiffs in the above-captioned consolidated matter. I hereby move this Court for an order permitting the *pro hac vice* appearance of Chad Flores, a member of the bar of Texas, to act as co-counsel for the Plaintiffs in this matter. An affidavit is attached and relied upon in support of this motion.

I have been advised that Mr. Flores is a member in good standing and admitted to practice before several state and federal courts, as certified by him in the Certified Statement attached hereto as Exhibit A.

I will act as local counsel for this pro hac vice counsel and will undertake all responsibilities as such.

I hereby move for the pro hac vice admission of the foregoing individual. I hereby certify that copies of this motion and the attached affidavit have been served

upon all parties in the above-captioned matter, and we have obtained consent to these applications from counsel for Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 15, 2026                    Respectfully submitted,


                                        /s/ Bradley P. Lehman
                                        Bradley P. Lehman

                                        *Attorney for Plaintiffs*

2