**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **FIREARMS POLICY COALITION,** **INC. et al.,** | : |
| | :    Civil Action No. 25-13522 (RK)(JTQ) |
| Plaintiffs, | : |
| | :    ORDER GRANTING APPLICATION |
| v. | :     FOR ADMISSION *PRO HAC VICE* |
| | : |
| **JENNIFER DAVENPORT, et al.,** | : |
| | : |
| Defendants. | : |
| | : |

This matter has been brought before the Court on motion for an Order allowing Chad Flores, Esq. to appear and participate pro hac vice. The Court has considered the moving papers, and plaintiffs have consented to the application. This matter is considered without oral argument pursuant to L. Civ. R. 78.1(b), and for good cause shown;

IT IS on this 15th day of June 2026,

ORDERED that the motion **[ECF No. 29]** is granted; and it is further

ORDERED that Chad Flores, Esq. be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L.Civ.R. 101.1(c); and it is further

ORDERED that, all pleadings, briefs, and other papers filed with the Court shall be signed by an attorney duly admitted to the Bar of this Court who shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

ORDERED that Chad Flores, Esq., shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L.Civ.R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Chad Flores, Esq. shall make payment of $250.00 to the Clerk of the United States District Court in accordance with L.Civ.R. 101.1(c)(3), within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Chad Flores, Esq. shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, *Judicial Ethics and Professional Responsibility*, and L.Civ.R. 104.1, *Discipline of Attorneys*; and it is further

ORDERED that Chad Flores, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

ORDERED that Chad Flores, Esq. may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

*s/ Justin T. Quinn*
**Hon. Justin T. Quinn, U.S.M.J.**

--terminates ECF No. 29

2