AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

| | | |
|---|---|---|
| Firearms Policy Coalition, Inc. et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    25-cv-13522 |
| Davenport et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Jennifer Davenport and Lt. Col. Jeanne Hengemuhle                                        .

Date:       07/10/2026                                              /s/ David Birch
                                                                *Attorney's signature*


                                                    David Birch; NJ No. 488852024
                                                    *Printed name and bar number*
                                                    Richard J. Hughes Justice Complex
                                                    25 Market St.
                                                    Trenton, NJ 08625


                                                                    *Address*


                                                    david.birch@law.njoag.gov
                                                    *E-mail address*


                                                    (609) 900-0622
                                                    *Telephone number*


                                                    *FAX number*