**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FIREARMS POLICY COALTION, INC. *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JENNIFER DAVENPORT *et al.*,<br><br>Defendants. | Hon. Robert Kirsch, U.S.D.J<br>Hon. Justin T. Quinn, U.S.M.J.<br><br>Docket No. 3:25-cv-13522<br><br>CIVIL ACTION<br><br>**[PROPOSED] CONSENT ORDER STAYING PROCEEDINGS UNTIL FURTHER ORDER OF THE COURT** |

**THIS MATTER** having come before the Court by joint request of the parties to stay proceedings in this matter; and

**WHEREAS** the parties will conclude expert discovery by December 15, 2026 pursuant to this Court's scheduling order dated March 31, 2026 (ECF No. 26); and

**WHEREAS** the parties agree that the United States Supreme Court's forthcoming decision this Term in the consolidated cases *Viramontes v. Cook County*, No. 25-238 and *Grant v. Higgins*, No. 25-566 (together "*Viramontes*"), will substantially affect the law governing this matter; and

**WHEREAS** the Court finds a stay of these proceedings to be judicially efficient, for the benefit of the parties, and not presenting prejudice to any party; and

**WHEREAS** the parties having consented to the form, substance, and entry of this Order; and for good cause shown,

**IT IS** on this ____ day of _______, 2026 hereby

**ORDERED** that all future briefing and motion deadlines in this case shall be adjourned to a future date set by the Court following the disposition of *Viramontes*; and be it further

**ORDERED** that the parties shall file a joint letter to the court within fourteen (14) days of the Supreme Court issuing its decision in *Viramontes* to request a case management conference to discuss appropriate next steps.

Dated: ________________

_________________________________________
Hon. Justin T. Quinn, U.S.M.J.